**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01490-CV

### IN THE MATTER OF J.I.L., A MINOR

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70360-2014**

## ORDER

We **GRANT** appellant's January 16, 2015 unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on January 16, 2015 filed as of the date of this order. Appellee's brief is due **TWENTY DAYS** from the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/     ELIZABETH LANG-MIERS
        JUSTICE